# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re:  DORWEILER, WILLIAM          § Case No. 11-80804
       DORWEILER, TRACIE ANN          §
                                         §

Debtor(s)          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $239,926.00  *(without deducting any secured claims)* | Assets Exempt: $52,646.00 |
| Total Distribution to Claimants: $7,781.19 | Claims Discharged Without Payment: $72,857.99 |
| Total Expenses of Administration: $2,718.93 | |

    3) Total gross receipts of $ 10,500.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,500.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $200,756.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,718.93 | 2,718.93 | 2,718.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,484.00 | 56,313.18 | 56,313.18 | 7,781.19 |
| **TOTAL DISBURSEMENTS** | $255,240.00 | $59,032.11 | $59,032.11 | $10,500.12 |

4) This case was originally filed under Chapter 7 on February 28, 2011. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2011          By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3422 SW 5th Place, Cape Coral, FL 33914 (Total, | 1110-000 | 10,500.00 |
| Interest Income | 1270-000 | 0.12 |
| **TOTAL GROSS RECEIPTS** | | **$10,500.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 200,756.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$200,756.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,800.01 | 1,800.01 | 1,800.01 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 48.78 | 48.78 | 48.78 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 850.00 | 850.00 | 850.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 20.14 | 20.14 | 20.14 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,718.93 | 2,718.93 | 2,718.93 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,225.35 | 6,225.35 | 860.21 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 16,257.00 | 16,606.12 | 16,606.12 | 2,294.58 |
| 3 | Capital One,N.A | 7100-000 | N/A | 1,827.61 | 1,827.61 | 252.53 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,135.05 | 4,135.05 | 571.37 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,099.27 | 2,099.27 | 290.07 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 11,478.73 | 11,478.73 | 1,586.10 |
| 7 | American Express Centurion Bank | 7100-000 | 9,557.00 | 9,557.26 | 9,557.26 | 1,320.59 |
| 8 | American Express Centurion Bank | 7100-000 | 4,344.00 | 4,383.79 | 4,383.79 | 605.74 |
| NOTFILED | Discover Fin | 7100-000 | 5,672.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,942.00 | N/A | N/A | 0.00 |
| NOTFILED | Dundee Dermatology | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 1,629.00 | N/A | N/A | 0.00 |
| NOTFILED | George L Stankevych MD PC | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 20.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lehman & Menis Oral & Maxillofacial | 7100-000 | 148.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,902.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10,889.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 54,484.00 | 56,313.18 | 56,313.18 | 7,781.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80804  
**Case Name:** DORWEILER, WILLIAM  
    DORWEILER, TRACIE ANN  
**Period Ending:** 12/19/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/28/11 (f)  
**§341(a) Meeting Date:** 04/07/11  
**Claims Bar Date:** 07/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4701 Bordeaux Drive Lake in the Hills, IL 60156 | 214,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 3422 SW 5th Place, Cape Coral, FL 33914 (Total, | 26,250.00 | 20,000.00 | | 10,500.00 | FA |
| 3 | Checking account with Castle Bank, Lake in the H | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with Castle Bank, Lake in the H | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account with Castle Bank, Lake in the Hi | 310.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account with Castle Bank, Lake in the Hi | 310.00 | 0.00 | DA | 0.00 | FA |
| 7 | Navy Federal Credit Union Checking Account | 5.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. household goods with debtors | 2,100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. clothes with debtors | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc. jewelry with debtors | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Misc. hobby and sports equipment with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term life insurance with Prudential Financial, I | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Annuity (held by Co-debtor for son) Prudential | 1,332.00 | 0.00 | DA | 0.00 | FA |
| 14 | Annuity (held by co-debtor for son) Prudential | 1,332.00 | 0.00 | DA | 0.00 | FA |
| 15 | IRA with Lincoln Alliance, Fort Wayne, IN | 1,177.00 | 0.00 | DA | 0.00 | FA |
| 16 | Roth IRA Prudential Insurance | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Anticpated 2009 tax refund | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2001 Ford Windstar with 95,000 miles | 2,510.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1998 Ford Expedition with 131,000 miles | 1,950.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1994 Harley-Davidson Sportster 883 - Inoperable | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1992 Kawasaki EX500 - Dismantled | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | 1999 Harley-Davidson Sportster 883 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.12 | FA |
| 23 | Assets    Totals (Excluding unknown values) | **$266,176.00** | **$20,000.00** | | **$10,500.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 12/19/2011 09:38 AM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80804  
**Case Name:** DORWEILER, WILLIAM  
DORWEILER, TRACIE ANN  
**Period Ending:** 12/19/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/28/11 (f)  
**§341(a) Meeting Date:** 04/07/11  
**Claims Bar Date:** 07/21/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2011    **Current Projected Date Of Final Report (TFR):** July 28, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-80804  
**Case Name:** DORWEILER, WILLIAM  
DORWEILER, TRACIE ANN  
**Taxpayer ID #:** **-***8438  
**Period Ending:** 12/19/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******58-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/11 | {2} | Adam adn Geri Hugel | advanced pymt re: sale of real estate | 1110-000 | 10,500.00 | | 10,500.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 10,500.04 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,500.12 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 20.14 | 10,479.98 |
| 08/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.00 | | 10,479.98 |
| 08/04/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 10,479.99 |
| 08/04/11 | | To Account #9200******5866 | Prep. of F. Rpt | 9999-000 | | 10,479.98 | 0.01 |
| 08/04/11 | | Transfer from 65 to 66 | Transfer adjustment after hours | 9999-000 | | 0.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,500.13 | 10,500.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,479.99 | |
| | | | **Subtotal** | | 10,500.13 | 20.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,500.13** | **$20.14** | |

{} Asset reference(s)

Printed: 12/19/2011 09:38 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-80804  
**Case Name:** DORWEILER, WILLIAM  
DORWEILER, TRACIE ANN  
**Taxpayer ID #:** **-***8438  
**Period Ending:** 12/19/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******58-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/04/11 | | Transfer from 65 to 66 | Transfer adjustment to show after hour interest | 9999-000 | 0.01 | | 0.01 |
| 08/04/11 | | From Account #9200******5865 | Prep. of F. Rpt | 9999-000 | 10,479.98 | | 10,479.99 |
| 09/23/11 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $850.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 850.00 | 9,629.99 |
| 09/23/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,800.01, Trustee Compensation; Reference: | 2100-000 | | 1,800.01 | 7,829.98 |
| 09/23/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $48.78, Trustee Expenses; Reference: | 2200-000 | | 48.78 | 7,781.20 |
| 09/23/11 | 104 | Discover Bank | Dividend paid 13.81% on $6,225.35; Claim# 1; Filed: $6,225.35; Reference: | 7100-000 | | 860.21 | 6,920.99 |
| 09/23/11 | 105 | Capital One Bank (USA), N.A. | Dividend paid 13.81% on $16,606.12; Claim# 2; Filed: $16,606.12; Reference: | 7100-000 | | 2,294.58 | 4,626.41 |
| 09/23/11 | 106 | Capital One,N.A | Dividend paid 13.81% on $1,827.61; Claim# 3; Filed: $1,827.61; Reference: | 7100-000 | | 252.53 | 4,373.88 |
| 09/23/11 | 107 | American Express Centurion Bank | Combined Check for Claims#7,8 | | | 1,926.33 | 2,447.55 |
| | | | Dividend paid 13.81%    1,320.59 on $9,557.26; Claim# 7; Filed: $9,557.26 | 7100-000 | | | 2,447.55 |
| | | | Dividend paid 13.81%    605.74 on $4,383.79; Claim# 8; Filed: $4,383.79 | 7100-000 | | | 2,447.55 |
| 09/23/11 | 108 | Chase Bank USA, N.A. | Combined Check for Claims#4,5,6 | | | 2,447.54 | 0.01 |
| | | | Dividend paid 13.81%    571.37 on $4,135.05; Claim# 4; Filed: $4,135.05 | 7100-000 | | | 0.01 |
| | | | Dividend paid 13.81%    290.07 on $2,099.27; Claim# 5; Filed: $2,099.27 | 7100-000 | | | 0.01 |
| | | | Dividend paid 13.81%    1,586.10 on $11,478.73; Claim# 6; Filed: $11,478.73 | 7100-000 | | | 0.01 |
| 11/17/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.01 | | 0.00 |

|  | | | ACCOUNT TOTALS | | 10,479.98 | 10,479.98 | $0.00 |
|  | | | Less: Bank Transfers | | 10,479.99 | 0.00 | |
|  | | | Subtotal | | -0.01 | 10,479.98 | |
|  | | | Less: Payments to Debtors | | | 0.00 | |
|  | | | **NET Receipts / Disbursements** | | **$-0.01** | **$10,479.98** | |

{} Asset reference(s)

Printed: 12/19/2011 09:38 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-80804  
**Case Name:** DORWEILER, WILLIAM  
DORWEILER, TRACIE ANN  
**Taxpayer ID #:** **-***8438  
**Period Ending:** 12/19/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******58-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   10,500.12  
———————  
Net Estate :   $10,500.12

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******58-65 | 10,500.13 | 20.14 | 0.00 |
| Checking # 9200-******58-66 | -0.01 | 10,479.98 | 0.00 |
|  | $10,500.12 | $10,500.12 | $0.00 |

{} Asset reference(s)

Printed: 12/19/2011 09:38 AM    V.12.57